**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| ARNOLD BEVERLY, | |
| Plaintiff, | 2:15-cv-00376-JCM-VCF |
| vs. | |
| STATE OF NEVADA CLARK COUNTY, *et al.*, | **ORDER** |
| Defendants. | |

    The court has reviewed this case and a discovery plan and scheduling order has not been filed pursuant to Local Rule 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., October 8, 2015, in courtroom 3D.  The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 14th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE