# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ARNOLD BEVERLY,

        Plaintiff,

vs.

STATE OF NEVADA CLARK COUNTY, *et al.*,

        Defendants.

2:15-cv-00376-JCM-VCF

**MINUTE ORDER**

Before the court is Plaintiff's Motion for Leave to File Electronically (ECF No. 24) filed by *pro se* Arnold Beverly.

IT IS ORDERED that Plaintiff's Motion for Leave to File Electronically (ECF No. 24) is GRANTED with the following provisions:

1. On or before October 4, 2016, Plaintiff Arnold Beverly must provide certification that he has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

DATED this 20th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE