UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ARNOLD BEVERLY,

    Plaintiff,

vs.

STATE OF NEVADA CLARK COUNTY, *et al.*,

    Defendants.

2:15-cv-00376-JCM-VCF

**ORDER**

[Plaintiff's Motion to Seal Names ECF No. 25]

    Before the Court is Plaintiff's Motion to Seal Names (ECF No. 25). Plaintiff seeks to seal the names of the police officers in this matter.

    Under Local Rule 7-2(d), "the failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Here, Plaintiff fails to cite any authority permitting the sealing of the names of the police officers. No police officers have been named in this case.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Seal Names (ECF No. 25) is DENIED.

    DATED this 6th day of October, 2016.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE